Dennis Dale Catchings #T69882
Name and Prisoner/Booking Number

High Desert State Prison
Place of Confinement

P.O. Box 3030
Mailing Address

Susanville, Ca 96127
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED

MAY 1 4 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

Dennis Dale Catchings
(Full Name of Plaintiff)        Plaintiff,

v.

(1) Sherri Fletcher
(Full Name of Defendant)

(2) Tamara Taber

(3) K. Rueter

(4) S. Gates
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:21-CV-00879-DB-(PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    ☐ Other: _____.

2. Institution/city where violation occurred: HDSP Susanville, Ca.

46

## B. DEFENDANTS

1. Name of first Defendant: Sherri Fletcher . The first Defendant is employed as:
Registered Nurse at High Desert State Prison
   (Position and Title)                              (Institution)

2. Name of second Defendant: Tamara Taber . The second Defendant is employed as:
Physician at High Desert State Prison
   (Position and Title)                              (Institution)

3. Name of third Defendant: K. Rueter . The third Defendant is employed as:
Medical Doctor at High Desert State Prison
   (Position and Title)                              (Institution)

4. Name of fourth Defendant: S. Gates . The fourth Defendant is employed as:
CCHCS Chief at CCHCS,
   (Position and Title)                              (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☐ Yes  ☐ No

2. If yes, how many lawsuits have you filed? _____ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Dennis D Catchings v. J Lewis et al
      2. Court and case number: 2:17CV-03293-ODW-SS
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dismissed

   b. Second prior lawsuit:
      1. Parties: Dennis D Catchings. Unknown DOJ Official
      2. Court and case number: 2:19CV-08623-ODW-SS
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dismissed

   c. Third prior lawsuit:
      1. Parties: Dennis Catchings v. James T. Butts et al
      2. Court and case number: Unknown
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dismissed

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: **42 USC 1983**
**US Constitution 5th 6th 8th 14th Amendment**
**CRIPA of 1997 (eff.) Equal Access to MC Act**

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

- ☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☒ Medical care
- ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
- ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

While confined at CDCR High Desert State Prison
I've submitted in health care request services
forms to clinic RN Sherri Fletcher explaining that
I'm experiencing itchy + irritated scalp dandruff
due to Seborrhec Dermatitis after being denied
treatment.
Physician Tamara Taber, Medical Doctor R Pucter
had denied my request to visit an Derma-
tologist.
California Correctional Health Care Services
Chief had acted in concert by having denied
my the opportunity to visit an Dermatologist,
for experiencing Seborrhic Dermatitis.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

The Defendants actions caused me to suffer
from itchy and irritated scalp also pain and
suffering

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No

b. Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No

c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: 42 USC 2000d(6) US Constitution 5th 6th 8th + 14th Amendments Title II Section 504 + Title VII CRA of 1964

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☒ Medical care

   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation

   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: Discrimination .

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   While confined at CDCR High Desert State Prison I've submitted in health care services requests forms requesting to receive treatment for Itchy + Irritated scalp dandruff due to Seborrhice Dermatitis to no avail. RN Sherri Fletcher and Physician Tomara Tuber had engaged in discriminatory practices by based on my race and social class denying me the right to visit an dermatologist.
   Medical Doctor V. Rueter and California Correctional Health care Services Chief S. Gates acted in concert engaged in discrimatory practices by based on my race and social class denying me the right to visit an dermatologist.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   The actions of the Defendants caused me to suffer from Itchy and irritated scalp and suffer from Cruel and Unusual Punishment.

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes  ☐ No

   b. Did you submit a request for administrative relief on Claim II?     ☒ Yes  ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level?     ☒ Yes  ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

    ☐ Basic necessities       ☐ Mail       ☐ Access to the court       ☐ Medical care

    ☐ Disciplinary proceedings       ☐ Property       ☐ Exercise of religion       ☐ Retaliation

    ☐ Excessive force by an officer       ☐ Threat to safety       ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your
        institution?       ☐ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Claim III?       ☐ Yes    ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?       ☐ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff seeks from Defendants Compensatory Damages in the sum of ($15,000 dollars. Plaintiff further seeks from each Defendant $500 dollars in punitive damages. Total $17,000 dollars

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/18/2021
DATE

_Denny D Catchy_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

 

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

**Institutional Level Response**

**Closing Date:** OCT 1 5 2020

**To:**   CATCHINGS, DENNIS (T69882)
B 004 2226001LP
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

**Tracking #:**  HDSP HC 20000657

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Referral ( Dermatology ) | Seborrheic dermatitis. |
| Issue: | Disagreement with Treatment ( Primary Care Provider ) | Dr. Taber denied dermatology referral. |
| Issue: | Disagreement with Treatment ( Nursing Staff ) | RN Fletcher denied dermatology referral. |

## INTERVIEW

On October 5, 2020, you were interviewed by D. Avila, Registered Nurse (RN) regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

## INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.    [ ] Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate you were seen by your Primary Care Provider (PCP) July 7, 2020, who denied your request to be seen by a dermatologist as your symptoms do not warrant a dermatology consultation or treatment. You were encouraged to continue with daily showers and utilize shampoo provided and if your

---

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

RECEIVED
HCCAB
NOV 0 2 2020

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES



symptoms change to fill out a sick call slip to be re-evaluated. You were seen by your Primary Care Registered Nurse (PCRN) on August 3, 2020, August 14, 2020, September 23, 2020 and October 5, 2020 regarding itchy scalp and face. You were encouraged to stay hydrated and to continue washing with mild soap and water. You are currently pending an appointment with your provider and will be notified of the appointment as it nears.

While you may not agree with the decisions of your treatment team, it does not constitute staff misconduct or deliberate indifference to your health care needs. Nursing staff cannot deny a referral placed by a provider and your provider did not feel a referral was necessary at the time you were seen and was following InterQual guidelines.

InterQual® is a set of evidence based guidelines that are used by health care professionals as a clinical support criteria tool to assist in the determination of medical or clinical necessity. The guidelines include imaging, specialist referral, and hospital admission, discharge, and continued stay categories. The guidelines are used by most major American health care delivery systems and by all hospitals, organizations, and programs that have received accreditation and certification from The Joint Commission. California Correctional Health Care Services and the California Department of Corrections and Rehabilitation reference InterQual®, as well as other evidence based literature in their determinations of medical or clinical necessity.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

K. Rueter, M.D.
Chief Medical Executive
High Desert State Prison

10/14/202_
Reviewed and Signed Date

RECEIVED
HCCAB
NOV 0 2 2020

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

## ADA/Effective Communication Patient Summary

**As of:** 08/19/2020 08:54

### Patient Information

**NAME:** CATCHINGS, DENNIS
**CDCR:** T69882

### Disability Placement Program

**Current DPP Code(s):**

**DPP Verification/Accommodation Date:** 10/20/17
8:08:07 PDT

**Current Housing Restrictions/Accomodations:**
 * Bottom Bunk

### Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

### Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

### Testing of Adult Basic Education (TABE)

**TABE Score:** 00.0

**TABE Date:** 08/02/2004 00:00

### Learning Disabilities

**Learning Disabilities:**

### English Proficiency

**LEP:** No

**Primary Language:** English

### Durable Medical Equipment

**Current ISSUED DME:** Eyeglass Frames Permanent

### MHSDS

**MHLOC:** CCCMS



RECEIVED
HCCAP
NOV 0 2 2020



CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Headquarters' Level Response**

**Closing Date:** JAN 2 9 2021

**To:**      CATCHINGS, DENNIS (T69882)
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

**From:**    California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:**   HDSP HC 20000657

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE APPEAL SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Referral ( Dermatology ) | Seborrheic dermatitis. |
| Issue: | Disagreement with Treatment ( Primary Care Provider ) | Dr. Taber denied dermatology referral. |
| Issue: | Disagreement with Treatment ( Nursing Staff ) | Registered Nurse (RN) Fletcher denied dermatology referral. |

## HEADQUARTERS' LEVEL DISPOSITION

[X] No intervention.    [ ] Intervention.

## BASIS FOR HEADQUARTERS' LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate:

- The Institutional Level Response adequately addressed your health care grievance issues regarding Dr. Taber and RN. Fletcher dermatology referral denial and is sustained at the headquarters' level of review.

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

- On October 16, 2020, you were seen by the primary care provider where an assessment was completed; the provider noted although you reported uncontrollable dandruff, there was no medical evidence showing a need for medical intervention at that time. You were told to return to clinic for revaluation at any time should your condition change.
- If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

You alleged negligent and discriminatory care; however, you did not provide documentation to support your allegation and it is refuted by professional health care staff familiar with your health care history, as well as a review of your health record. While you may not agree with the decisions of your treatment team, it does not constitute staff misconduct or deliberate indifference to your health care needs.

There is no indication your care has not been provided pursuant to the rules and regulations governing the management and delivery of medically or clinically necessary health care services. Patients shall be accorded impartial (equal, unbiased) access to treatment or accommodations that are determined to be medically or clinically indicated, based on the patient's individual presentation, history, and exam findings, in accordance with appropriate policies and procedures. Treatment determined to be medically or clinically indicated for another patient may not be determined to be appropriate for you; this does not constitute a violation of your right to impartial access to medically or clinically necessary health care.

Per California Code of Regulations, Title 15, Section 3999.226(e), "Staff shall not take reprisal against the grievant for filing a health care grievance."

It is not in the purview of grievants to dictate administrative actions in regard to the health care grievance process. Your health care grievance was processed per California Code of Regulations, Title 15, Chapter 2, Subchapter 2, Article 5.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

This decision exhausts your administrative remedies.

S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

January 28, 2021

Reviewed and Signed Date

---

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

| STAFF USE ONLY | Expedited? | ☐ Yes | ☑ No | Tracking #: |
|---|---|---|---|---|

**HDSP-HC 2000 0057**

**D. Avila, RN**

Signature: DA - RN

Date: 8/19/20

Staff Name and Title (Print) — Signature — Date

**If you think you have a medical, mental health or dental emergency, notify staff immediately.** If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.

**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First, MI): | CDCR #: | Unit/Cell #: |
|---|---|---|
| Catchings Demis Dale | T68882 | B-5 108 |

**SECTION A:** Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy:

Im reporting allegations of MEDICAL MISCONDUCT committed by HC staff while performing their primary duties at CDCR HDSP. Many times I were seen then complained of suffering from Sebondric Dermatitis. RN Fletcher also DR Taker had blatantly caused me to become sub-jected to Medical Neglect and Discrimination based on my race + social class denying me the opportunity to visit a dermatologist. Grievant requests to the HC higher up in charge recommending that I see a specialist as soon as possible.

Supporting Documents Attached. Refer to CCR 3999.227  ☐ Yes  ☐ No

Grievant Signature: Demis D Catchings

Date Submitted: August 15th 2020

**BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.** DDC

| SECTION B: | HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only | Is a CDCR 602 HC A attached? ☐ Yes ☑ No |
|---|---|---|

This grievance has been:

☐ Rejected (See attached letter for instruction):  Date: _____  Date: _____

☐ Withdrawn (see section E)

☑ Accepted  Assigned To: D. AVILA  Title: HCARN  Date Assigned: 8/21/2020  Date Due: 10/22/2020

Interview Conducted? ☑ Yes ☐ No  Date of Interview: 10/5/20  Interview Location: B Program

Interviewer Name and Title (print): **D. Avila, RN**  Signature: DA-RN  Date: 10/5/20

Reviewing Authority Name and Title (print): **K. Rueter, M.D., CME**  Signature: K.R.  Date: 10/14/2020

| Disposition: See attached letter | ☐ Intervention | ☑ No Intervention |
|---|---|---|

**HCGO Use Only:** Date closed and mailed/delivered to grievant:  **OCT 15 2020**

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☑ TABE score ≤ 4.0 | ☑ Additional time | ☑ Patient asked questions |
| ☐ BPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☑ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☑ Slower | **Please check one:** |
| ☐ DDP | ☑ Basic ☐ Transcribe | ☐ Not reached ☑ Reached |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes |

4. Comments: _____

RECEIVED
HDSP COMPLETE
AUG 19 2020 HDSP STAFF

RECEIVED
HCCAB USE ONLY
NOV 02 2020

COMPLETE
HCCAB
JAN 29 2021

RECEIVED
HDSP STAFF
OCT 15 2020
HCGO

HCGO

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking #: **HDSP-HC 2000** 0lo57

**SECTION C:** Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section C of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758.

Supervisory HC staff, fail to investigate allegations of medical neglect + discriminatory practices. Practitioners Tuber + Fletcher had practiced retaliation against me, by denying me the rightful opportunity to visit an dermatologist also to obtain further health care treatment, that is to receive shampoo(s) for Seborrheic Dermatitis condition.

Request for investigation recommending that I receive HC treatment as soon as possible.

**Grievant Signature:** Dennis M Cotchins **Date Submitted:** 10/22/2020

**SECTION D: HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only** Is a CDCR 602 HC A attached? ☐ Yes ☒ No

This grievance has been:

☐ Rejected (See attached letter for instruction):  Date:_____ Date:_____

☐ Withdrawn (see section E) ☒ Accepted

☐ Amendment  Date:_____

Interview Conducted? ☐ Yes ☒ No  Date of Interview:_____  Interview Location:_____

Interviewer Name and Title (print):_____  Signature:_____  Date:_____

**Disposition:** See attached letter ☐ Intervention ☒ No Intervention

*This decision exhausts your administrative remedies.*

**HQ Use Only:** Date closed and mailed/delivered to grievant: **JAN 2 9 2021**

**SECTION E:** Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason:

D. Avila, RN

K. Rueter

**Grievant Signature:** **Date Submitted:**

**Staff Name and Title (Print):** Signature: Date:

# STAFF USE ONLY

Distribution: **Original** - Returned to grievant after completed; **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*



# HEALTH CARE SERVICES



### Patient Health Care Inquiry Response

**Date:** SEP 2 3 2019

**To:** CATCHINGS, DENNIS (T69882)
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

**From:** California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:** HDSP PHCI 19000008

The Health Care Correspondence and Appeals Branch, California Correctional Health Care Services, has received your correspondence regarding the health care you are receiving while incarcerated within the jurisdiction of the California Department of Corrections and Rehabilitation.

Refer to the attached correspondence for full details regarding your concerns.

California Correctional Health Care Services takes your health care concerns seriously and all efforts are made to ensure these matters are researched and responded to accordingly. As such, your correspondence, health record, and health care grievance history, and pertinent departmental policies and procedures were reviewed. However, as your issues are grievable, we will not be addressing these issues herein.

Per the Health Care Department Operations Manual, Section 2.3.15, Headquarters Patient Health Care Inquiry Response, patient-submitted health care inquiries are limited to issues that cannot be addressed through the health care grievance process.

Your issues regarding allegations of medical negligence and referral to dermatology is a duplicate issue to that in health care grievance tracking number HDSP HC 19000678, for which a decision was rendered or is pending. Per California Code of Regulations, Title 15, Section 3999.234(a)(6), a health care grievance which duplicates a health care grievance upon which a decision has been rendered or is pending is subject to rejection. The headquarters' level disposition on a health care grievance exhausts your administrative remedies.

The health care grievance process is an important part of the steps available for patients to resolve matters that affect their health and welfare while in prison. Patients may grieve applied health care policies, decisions, actions, conditions, or omissions that have a material adverse effect on their health or welfare by completing a CDCR 602 HC, Health Care Grievance, and submitting it to the institution Health Care Grievance Office. Per California Code of Regulations, Title 15, Section 3999.234(a)(6), a health care grievance which duplicates a health care grievance upon which a decision has been rendered or is pending is subject to rejection. The headquarters' level disposition on a health care grievance exhausts your administrative remedies. Refer to California Code of Regulations, Title 15, Chapter 2, Subchapter 2, Article 5, for further guidance with the health care grievance process.

If you need additional information or assistance preparing a health care grievance, contact the health care grievance coordinator at your institution.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you are advised to utilize approved processes to access health care services in accordance with California Correctional Health Care

While the Patient Health Care Inquiry process is an administrative process to set forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

I hope this information has been helpful to you.

Health Care Services Representative
Health Care Correspondence and Appeals Branch

Services policy.

| STAFF USE ONLY | Expedited? ☐ Yes ☒ No | Institution: | Tracking #: |
|---|---|---|---|

**HDSP- HC 1900 0678**

R. Surian sen

Staff Name and Title (Print) · Signature · Date 9.11.19

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, only one CDCR 602 HC A Health Care Grievance Attachment will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Section 3087 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): | CDCR #: | Unit/Cell #: |
|---|---|---|
| CATCHINGS DENNIS DALE | T69882 | B-3 243 |

**SECTION A:** Explain the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy.

ON ABOUT 4 OCCASSIONS IVE SUBMITTED IN 7362 FORMS TO
FACB MEDICAL STAFF REQUESTING FOR SCALP TREATMENT
WITHOUT ACCOMPLISHING ANY RESULTS, DURING MY SCHEDULED
MEDICAL APPOINTMENTS I HAD EXPLAINED TO THE RNS THAT
THE PREVIOUS PRESCRIBED SOLUTIONS WAS INEFFECTIVE FOR
SEBORRHEIC DERMATITIS. 1, KETOCONOZOLE SHAMPOO 2,
COALTAR SHAMPOO 3, SELINIUM SULFIDE SHAMPOO.

*If you need more space, use Section A of the CDCR 602 HC A*

☒ Supporting Documents: Refer to CCR 3087.2. List supporting documents attached:

COPIES OF 7362 FORMS

☐ No, I have not attached any supporting documents. Reason:

| Grievant Signature: Dennis D Catchings | Date Submitted: 9/8/2019 |
|---|---|

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL. **DDC**

---

**HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only** — Is a CDCR 602 HC A attached? ☒ Yes ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction): Date: _____ Date: _____

☐ Withdrawn (see section C)

| ☒ Accepted | Assigned To: D. AVILA | Title: HCA RN | Date Assigned: 9/12/19 | Date Due: 11/14/19 |
|---|---|---|---|---|

| Interview Conducted? ☒ Yes ☐ No | Date of Interview: 10/25/19 | Interview Location: B Program |
|---|---|---|

| Interviewer Name and Title (print): D. Avila, RN | Signature: D- RN | Date: 10/25/19 |
|---|---|---|

| Reviewing Authority Name and Title (print): K. Rueter. M.D., CME | Signature: | Date: 11/8/19 |
|---|---|---|

| **Disposition:** See attached letter | ☐ Intervention | ☐ No Further Intervention | ☒ No Intervention |
|---|---|---|---|

*If dissatisfied with Institutional Level Response, complete Section B.*

**HCGO Use Only:** Date closed and mailed/delivered to grievant: **NOV 0 8 2019**

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☒ TABE score ≤ 4.0 | ☒ Additional time | ☒ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☒ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☒ Slower | Please check one; |
| ☐ DDP | ☒ Basic ☐ Transcribe | ☐ Not reached ☒ Reached |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes |

4. Comments: _____

RECEIVED HDSP SEP 1 1 2019 HCGO

COMPLETE HDSP STAFF USE ONLY NOV 0 8 2019

RECEIVED HDSP HCCAP NOV 2 0 2019

COMPLETED HCCAP JAN 1 6 2020

STAFF USE ONLY

Institution: _____ Tracking #: **HDSP-HC 1900 0078**

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): | CDCR Number: | Unit/Cell Number: |
|---|---|---|
| CATCHINGS, DENNIS, DALE | T-69582 | B-3 243 |

**SECTION A:** Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the decision, action, condition, omission, policy or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy):

AND REQUESTING THAT I VISIT AN DERMATOLOGIST
TO NO AVAIL. AS AN DIRECT RESULT, I'VE SUFFERED NEG-
ATIVE CONSEQUENCES BY DEPARTMENTAL POLICIES AND
PROCEDURES NOT BEING FOLLOWED. I RECOMMEND THAT
THE INVOLVED MEDICAL STAFF BE HELD ACCOUNTABLE
FOR PERFORMING THEIR ASSIGNED DUTIES IN A UNPRO-
FESSIONAL AND UNLAWFUL MANNER, ALSO REQUEST
THAT THE APPROPRIATE SUPERVISOR OR PERSON IN
CHARGE INTERVENE BY TAKING NECESSARY CORRECTIVE
ACTION BY PROVIDING ME WITH PROMPT AND ADEQ-
UATE MEDICAL CARE TREATMENT TO VISIT AN
DERMATOLOGIST AS SOON AS POSSIBLE.

Grievant Signature: _Dennis D. Catchings_ Date Submitted: 9/8/2019

**SECTION B:** Continuation of CDCR 602 HC, Health Care Grievance Appeal, Section B only (Dissatisfied with Health Care Grievance Response):

Grievant Signature: _____ Date Submitted: _____

RECEIVED HDSP SEP 11 2019 HCGO
COMPLETED HDSP NOV 0 8 2019
RECEIVED HCCAP NOV 2 9 2019
COMPLETED HCCAP JAN 1 0 2020

Inmate files an formal grievance complaint reporting allegations of "MEDICAL NEGLECT" committed by licensed medical practitioners while performing their primary duties at the California Dept of Corrections and Rehabilitation.

## Statement of Facts

While in the care and custody of CDCR at ~~High Desert State Pris~~ Inmate I Demis D. Catchings have submitted in health care service requests forms to _ _ _ _ _ medical staff requesting for scalp treatment without having accomplished any success,

During my scheduled medical appointments ive explained to the registered nurses that the prescribed medication hasnot worked for Seborrheic Dermatitis 1. Ketoconezole Shampoo 2. Selenium Sulfide Shampoo 3. Coal Tar Shampoo.

Ive also requested to visit an Dermatologist to no avail,

Its evident that I had to suffer the negative consequenees as an direct result Departmental polices, procedures not being followed,

I hope that I have not become subjected to discriminatory practices.

My Health and Welfare rights has been blatantly violated.

Grievant recommends that the involved medical staff be held accountable for performing their duties in an unprofessional and unlawful manner.

Also request to the appropriate supervisor or person in charge to intervene by taking necessary corrective action with providing prompt and adequate medical care treatment for me to visit an dermatologist as soon as possible.

Thank you for your courtesy in regards to this matter reported.

Dated: 1/22/2020

*Dennis D Catchings*

Dennis Dale Catchings
#T69882    B-3 243
High Desert State Prison
PO Box 3030
Susanville, Ca 96127



# HEALTH CARE SERVICES



**Headquarters' Level Response**

**Closing Date:**   OCT 2 4 2018

**To:**         CATCHINGS, DENNIS (T69882)
California State Prison – LA County
P.O. Box 4670
Lancaster, CA 93539-4670

**From:**       California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:**   LAC HC 18001749

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; Inmate Dental Services Program Policies and Procedures; Mental Health Services Delivery System Program Guide; Department Operations Manual.

## HEALTH CARE GRIEVANCE APPEAL SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Disagreement with Treatment (Primary Care Provider) | You stated your current treatment for your dandruff has negative results. |
| Issue: | Referral (Dermatology) | To be seen by a dermatologist. |

## HEADQUARTERS' LEVEL DISPOSITION

 No intervention.       Intervention.

## BASIS FOR HEADQUARTERS' LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. Records indicate you are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider has discussed the plan of care with you.

On August 20, 2018, you were seen by a primary care provider for your itchy scalp. The provider noted you were on selenium sulfide, but you stated it was not working. An evaluation was completed, with the provider noting there were no flakes or lesions on your scalp. The provider ordered ketoconazole topical shampoo and advised

---

Note 1:  The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA  95758



# HEALTH CARE SERVICES



JUL 1 0 2018 **Institutional Level Response**

**Closing Date:**

**To:**     CATCHINGS, DENNIS (T69882)
            D  001 1116001L
            California State Prison – LA County
            P.O. Box 4670
            Lancaster, CA 93539-4670

**Tracking #:**  LAC HC 18001749

## RULES AND REGULATIONS
The rules governing these issues are:  California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; Inmate Dental Services Program Policies and Procedures; Mental Health Services Delivery System Program Guide; and/or the Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Disagreement with Treatment ( Primary Care Provider ) | Not being provided treatment for excessive dandruff. |
| Issue: | Referral ( Dermatology ) | To be seen by a dermatologist. |

## INTERVIEW
On May 30, 2018, you were interviewed by J. Parga, HCARN regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

## INSTITUTIONAL LEVEL DISPOSITION

 No intervention.    Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed.  These records indicate:

- You were seen by the primary care provider (PCP) on July 6, 2018 who addressed your concerns during this visit. The PCP renewed your selenium sulfide shampoo and advised you there is no indication for a dermatology referral at this time.
- While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they

---

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed; mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA 95758

determine to be currently clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, explain the reason in Section B of the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

B. RAMOS, M.D.
Designee for Dr. Igbinosa
Chief Medical Executive (A)
California State Prison – LA County

Reviewed and Signed Date

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

you to leave the shampoo on for five to ten minutes before rinsing.

Your most recent primary care provider appointment for your scalp was on September 13, 2018. The provider noted that recently received your new shampoo. You were educated on how to use the shampoo, the effects, and adverse effects. There was no documentation indicating that a referral to a dermatologist was medically necessary. Subsequent to this appointment, there is no documentation that you have attempted to access health care services utilizing approved processes for concerns related to dandruff. Review of your medication list indicates you have an active order of ketoconazole topical shampoo for your scalp.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

This decision exhausts your administrative remedies.

S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

_10/23/18_
Reviewed and Signed Date

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove. CA 95758

Inmate files an emergency grievance complaint reporting allegations of "Medical Neglect" committed by licensed medical practitioners while performing their primary duties at the California Department of Corrections and Rehabilitation

## Statement of Facts

While in the care and custody of CDCR at High Desert State Prison Inmate I Dennis D. Catchings have submitted in health care services request forms to Fac B medical staff requesting for scalp treatment without having accomplished any success,

During my scheduled medical appointments I've explained to the registered nurses that the prescribed medication has not worked for Seborrheic dermatitis:

1. Ketoconozole Shampoo 2, Selinium Sulfide Shampoo 3, Coal Tar Shampoo.

I've also requested to visit a Dermatologist to no avail.

It's evident that I had to suffer the negative consequences as a direct result of Departmental policies and procedures not being followed.

HIGH DESERT

Also hope that I hasnot become subjected to discriminatory practices,
My Health and Welfare rights has been blatantly violated.

Grievant recommends that the involved medical staff be held accountable for performing their duties in an unprofessional and unlawful manner,

Also request to the appropriate supervisor or person in charge to intervene by taking necessary corrective action by providing prompt and adequate medical care treatment for me to visit an dermatologist as soon as possible.

Thankyou for your courtesy in regards to this matter reported.

Denis Dale Catchings
#T69882          B-3 243
High Desert State Prison
PO Box 3030
Susanville, Ca 96127

HIGH DESERT STATE PRISON

| STAFF USE ONLY | Expedited? | ☐ Yes ☑ No | Institution: | Tracking #: |

LAC HC 18001749

5-16-18

Staff Name and Title (Print)    Signature    Date

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, only one CDCR 602 HC A Health Care Grievance Attachment will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Section 3087 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First, MI):   Catchings, Dennis, Dale

CDCR #: T69832   Unit/Cell #: D-116

**SECTION A:** Explain the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy.

While at 2 previous institutions also at this prison
for the past 15 years, I've submitted 7362 health care
request service forms to primary care providers
requesting for treatment for my suffering from an
itchy and irritated scalp with excessive dandruff
flakes, they had provided a 1. Selenium Sulfide, 2 Coal
Tar 3. Ketoconazole Shampoos without accomplished

*If you need more space, use Section A of the CDCR 602 HC A*

☐ Supporting Documents: Refer to CCR 3087.2. List supporting documents attached:

☐ No, I have not attached any supporting documents. Reason:

Grievant Signature: Dennis D Catchings   Date Submitted: 5/15/2018

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.   DDC

| HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only | Is a CDCR 602 HC A attached? ☑ Yes ☐ No |

This grievance has been:

☐ Rejected (See attached letter for instruction):   Date: _____   Date: _____

☐ Withdrawn (see section C)

☑ Accepted   Assigned To: HCHCN   Title: _____   Date Assigned: 5.17.18   Date Due: 7.20.18

Interview Conducted? ☑ Yes ☐ No   Date of Interview: 5/30/18   Interview Location: P medical

Interviewer Name and Title (print): J Barga HCNR   Signature: _____   Date: 5/30/18

Reviewing Authority Name and Title (print): B J Ramos TMB CMEDG   Signature: B J Ramos TMB   Date: 7/9/18

Disposition: See attached letter   ☑ Intervention   ☐ No Further Intervention   ☐ No Intervention

*If dissatisfied with Institutional Level Response, complete Section B.*

HCGO Use Only: Date closed and mailed/delivered to grievant:   **JUL 1 0 2018**

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
| ☑ TABE score ≤ 4.0 | ☑ Additional time | ☑ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☑ Slower | Please check one: |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached ☑ Reached |
| applicable | ☐ Other* | *See chrono/notes |

nts: Tabe score Ø

RECEIVED COMPLETED STAFF USE ONLY LAC
RECEIVED LAC MAY 1 6 2018
JUL 1 0 2018
RECEIVED LAC JUL 3 0 2018

HCGO

**STAFF USE ONLY**

Institution: LAC HC 18001749    Tracking #:

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First, MI): | CDCR Number: | Unit/Cell Number: |
|---|---|---|
| Catchinos, Dennis, Dale | T68532 | D-1-116 |

**SECTION A:** Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the decision, action, condition, omission, policy or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy):

positive results. During my past medical appointments with PCP I've explained my health problem in regards to receiving negative results with shampoo I had requested to visit an dermatologist for possible experiencing Seberrheic Dermatitis, unfortunately my urgent plea for additional medical treatment went ignored.
My current condition has gotten worse. The dandruff flakes on scalp is still there and has spreaded to my facial area.
Grievant makes urgent request to visit an dermatologist specialist as soon as possible.

Grievant Signature: Dennis Catchinos    Date Submitted: 5/15/2018

**SECTION B:** Continuation of CDCR 602 HC, Health Care Grievance Appeal, Section B only (Dissatisfied with Health Care Grievance Response):

Grievant Signature: _____    Date Submitted: _____

RECEIVED LAC MAY 16 2018

COMPLETED LAC JUL 10 2018

STAFF USE ONLY

RECEIVED HCCAB JUL 3 0 2018

COMPLETED HCCAB OCT 24 2018

HCGO

| STAFF USE ONLY | Expedited? | ☐ Yes | ☐ No | Institution: | Tracking #: |
|---|---|---|---|---|---|

| Staff Name and Title (Print) | | | | Signature | Date |
|---|---|---|---|---|---|

**If you think you have a medical, mental health or dental emergency, notify staff immediately.** If additional space is needed, only one CDCR 602 HC A Health Care Grievance Attachment will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Section 3087 for further guidance with the health care grievance process.

**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First, MI): | CDCR #: | Unit/Cell #: |
|---|---|---|
| Catchings, Dennis, Dale | T67382 | D-116 |

**SECTION A:** Explain the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy.

For the past 15 years while at 2 previous institutions also at this prison, I've submitted 7362 health care request service forms to primary care providers requesting for treatment for my suffering from itchy and irritated scalp with excessive dandruff flakes, they had provided Selenium Sulfide, Coal Tar and Ketoconazole shampoos, without accomplished

*If you need more space, use Section A of the CDCR 602 HC A*

☐ Supporting Documents: Refer to CCR 3087.2. List supporting documents attached:

☐ No, I have not attached any supporting documents. Reason:

| Grievant Signature: Dennis D. Catchings | Date Submitted: 5/15/2018 |
|---|---|

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.   DDC

| HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only | | Is a CDCR 602 HC A attached? ☐ Yes ☐ No |
|---|---|---|

This grievance has been:

☐ Rejected (See attached letter for instruction): Date: _____ Date: _____

☐ Withdrawn (see section C)

☐ Accepted    Assigned To: _____    Title: _____    Date Assigned: _____    Date Due: _____

Interview Conducted?    ☐ Yes ☐ No    Date of Interview: _____    Interview Location: _____

| Interviewer Name and Title (print): | Signature: | Date: |
|---|---|---|
| Reviewing Authority Name and Title (print): | Signature: | Date: |

| Disposition: See attached letter | ☐ Intervention | ☐ No Further Intervention | ☐ No Intervention |
|---|---|---|---|

*If dissatisfied with Institutional Level Response, complete Section B.*

HCGO Use Only: Date closed and mailed/delivered to grievant:

| 1. Disability Code:<br>☐ TABE score ≤ 4.0<br>☐ DPH ☐ DPV ☐ LD<br>☐ DPS ☐ DNH<br>☐ DDP<br>☐ Not Applicable<br><br>4. Comments: | 2. Accommodation:<br>☐ Additional time<br>☐ Equipment ☐ SLI<br>☐ Louder ☐ Slower<br>☐ Basic ☐ Transcribe<br>☐ Other* | 3. Effective Communication:<br>☐ Patient asked questions<br>☐ Patient summed information<br>**Please check one:**<br>☐ Not reached* ☐ Reached<br>*See chrono/notes | **STAFF USE ONLY** |
|---|---|---|---|

# Seborrheic Dermatitis

Seborrheic dermatitis involves pink or red skin with greasy, flaky scales. It usually occurs on the scalp, and it is often called dandruff. This condition may also affect the eyebrows, nose, ears, chest, and the bearded area of men's faces. It often occurs where skin has more oil (*sebaceous*) glands. It may come and go for no known reason, and it is often long-lasting (*chronic*).

## CAUSES
The cause is not known.

## RISK FACTORS
This condition is more like to develop in:

- People who are stressed or tired.
- People who have skin conditions, such as acne.
- People who have certain conditions, such as:
  - HIV (*human immunodeficiency virus*).
  - AIDS (*acquired immunodeficiency syndrome*).
  - Parkinson disease.
  - An eating disorder.
  - Stroke.
  - Depression.
  - Epilepsy.
  - Alcoholism.
- People who live in places that have extreme weather.
- People who have a family history of seborrheic dermatitis.
- People who use skin creams that are made with alcohol.
- People who are 30–60 years old.
- People who take certain medicines.

## SYMPTOMS
Symptoms of this condition include:

- Thick scales on the scalp.
- Redness on the face or in the armpits.
- Skin that is flaky. The flakes may be white or yellow.
- Skin that seems oily or dry but is not helped with moisturizers.
- Itching or burning in the affected areas.

## DIAGNOSIS

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| PATIENT SIGNATURE | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

RECEIVED
HCCAB
NOV 2 0 2019

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)      Original - Unit Health Record     Canary - Public/Inmate Trust Office (if co-payment applicable)     Gold - Inmate

INMATE CC

7787290

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:  MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☒

NAME: CATCHINGS D.

CDC NUMBER: T69882

HOUSING: B-4 226

PATIENT SIGNATURE: *Devin D Catchings*

DATE: 10/10/2020

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem): I HAVE EXCESSIVE DANDRUFF FLAKES ON SCALP + IN HAIR, DUE TO SEBORRHEIC DERMATITIS, PROVIDE TREATMENT O.T.C. OF SHAMPOO

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME: CATCHINGS, Do

CDCR NUMBER: T69882

HOUSING: B-A 226

PATIENT SIGNATURE: Dennis D Catchings

DATE: 9/30/2020

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)  I have Itchy + Irritated Scalp due to Seborrheic Dermatitis. I've had this problem for 18 years. Request for Selinium Sulfide Lotion and Visit the physician.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART I: TO BE COMPLETED BY THE PATIENT

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☒  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

| NAME | CDCR NUMBER | HOUSING |
|---|---|---|
| Catchings D. | T89882 | B-5 108 |

PATIENT SIGNATURE: *Dennyx D Catchings*  DATE: 8/13/2020

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) My scalp and facial area is itchy and irritated with dandruff flakes due to Seborrhic Dermatitis, This problem is getting worse, Had problem about (7) years, Request for treatment ASAP.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:     MEDICAL ☒     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

NAME
Cetchings D.

CDCR NUMBER
T69882

HOUSING
B-4 226

PATIENT SIGNATURE
Jerry D Cetchings

DATE
10/8/2020

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) My scalp is itchy + irritated while

severe dandruff flakes.

Request for treatment or visit an

dermatologist. ASAP.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME: Catchings Denis    CDCR NUMBER: T69882    HOUSING: B-4 226

PATIENT SIGNATURE: *Denin Catchins*    DATE: 9/23/2020

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) My skin and scalp is itchy and irritated due to dandruff flakes, I've had Seborrhic Dermatitis for 18 years I'm requesting for treatment or to visit an dermatologist ASAP.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

**NAME**
Catchings Dennis

**CDCR NUMBER**
T61882

**HOUSING**
B-4 226

**PATIENT SIGNATURE**
Dennis Catchings

**DATE**
9/21/2020

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) My scalp is itchy and irritated with dandruff flakes, I've had this problem about 18 years. Request for treatment or to see a dermatologist.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

**REQUEST FOR:**  MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☒

NAME
Hatchings D

CDCR NUMBER
T69882

HOUSING
B-4 226

PATIENT SIGNATURE
Denim Hatchings

DATE
10/12/2020

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)

I'm requesting for Selinum Sulfide lotion refill, Dandruff Flakes,

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART I: TO BE COMPLETED BY THE PATIENT | | | | |
|---|---|---|---|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. | | | | |
| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |

NAME
CATHINGS D

CDCR NUMBER
T69882

HOUSING
B-4-226

PATIENT SIGNATURE
_(signature)_

DATE
10/15/20

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)
Seek Dandriff Treatment

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART I:  TO BE COMPLETED BY THE PATIENT |
| --- |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
| --- | --- | --- | --- | --- |

| NAME CATCHINGS D. | CDCR NUMBER T69882 | HOUSING B-4 226 |
| --- | --- | --- |
| PATIENT SIGNATURE | | DATE 10/14/2020 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) My scalp is itchy + irritated due to dandruff flakes, Ive experienced this problem 18 years, Request for treatment.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME CATCHINGS TRAVIS

CDC NUMBER T79282

HOUSING B-3 243

PATIENT SIGNATURE *William Catchings*

DATE 6/5/2019

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had
The Problem) MY SCALP AND FACIAL AREA IS IRRITATED AND
ITCHY DUE TO DANDRUFF FLAKES, I BELIEVE THAT
I HAVE SEBERRHIC DERMATITIS, I'VE HAD THIS
PEORLAM FOR 17 1/2 YEARS, REQUEST FOR TREAT-
MENT AS SOON AS POSSIBLE,

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON
BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

RECEIVED
HCCAB
NOV 2 0 2019

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

INMATE COPY

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copay applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

## ADA/Effective Communication Patient Summary

**As of:** 09/11/2019 09:19

### Patient Information

**NAME:** CATCHINGS, DENNIS
**CDCR:** T69882

### Disability Placement Program

**Current DPP Code(s):**

**DPP Verification/Accommodation Date:** 10/20/17
8:08:07 PDT

**Current Housing Restrictions/Accomodations:**
* Bottom Bunk

### Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

### Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

### Testing of Adult Basic Education (TABE)

**TABE Score:** 00.0

**TABE Date:** 08/02/2004 00:00

### Learning Disabilities

**Learning Disabilities:**

### English Proficiency

**LEP:** No

**Primary Language:** English

### Durable Medical Equipment

**Current ISSUED DME:** Eyeglass Frames Permanent

### MHSDS

**MHLOC:** CCCMS



RECEIVED
HCCAB
NOV 2 0 2019

# HEALTH CARE SERVICES REQUEST FORM

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|

PATIENT SIGNATURE                                          DATE

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Canary - copy   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

**INMATE COPY**

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

**K. Rueter, M.D.**
Chief Medical Executive
High Desert State Prison

11/3/19
Reviewed and Signed Date



RECEIVED
HCCAP
NOV 2 0 2019

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**



CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Institutional Level Response**

**Closing Date:**    NOV 0 8 2019

**To:**    CATCHINGS, DENNIS (T69882)
B 003 2243001LP
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

**Tracking #:**    HDSP HC 19000678

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Referral ( Dermatology ) | Wants shampoo for Seborrheic Dermatitis. |
| Issue: | Disagreement with Treatment ( Nursing Staff ) | Previous prescribed solutions ineffective. |

## INTERVIEW
On October 25, 2019, you were interviewed by D. Avila, Registered Nurse (RN) regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

## INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.    [ ] Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate your most recent primary care provider evaluation for seborrheic dermatitis was on September 10, 2019; your provider noted that you were not at goal and ordered selenium sulfide lotion to apply for 30 days and follow up with subsequent visits. Your health records reflect that you have not been back for a follow up with your provider and therefore, RN Avila set up an appointment for you to be seen by your provider in the next 30 days, from interview date, for you to discuss this issue further.

You are considered an active partner and participant in the health care delivery system. You are encouraged to cooperate with your health care providers in an effort to achieve optimal clinical outcome.

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is issued by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

RECEIVED
HCCAP
NOV 2 0 2019

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**



# CALIFORNIA CORRECTIONAL
# **HEALTH CARE SERVICES**



### Headquarters' Level Response

**Closing Date:**   JAN 1 6 2020

**To:**   CATCHINGS, DENNIS (T69882)
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

**From:**   California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:**   HDSP HC 19000678

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE APPEAL SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Referral ( Dermatology ) | Dermatology referral. |
| Issue: | Disagreement with Treatment (Nursing Staff ) | Ineffective solutions. |

## HEADQUARTERS' LEVEL DISPOSITION

[X] No intervention.     [ ] Intervention.

## BASIS FOR HEADQUARTERS' LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate:

- You are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider has discussed the plan of care with you.
- On November 27, 2019, you were seen by the primary care provider; notes indicate you were told to continue using the shampoo and to increase your water intake. You were to return if symptoms worsen.

---

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

- There is no recent documentation that you have attempted to access health care services utilizing the approved processes for concerns related to dermatology referral.

While you may not agree with the decisions of your treatment team, it does not constitute staff misconduct or deliberate indifference to your health care needs.

If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

This decision exhausts your administrative remedies.

S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

**JAN 1 0 2020**

Reviewed and Signed Date

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

**DEPARTMENT OF HEALTH & HUMAN SERVICES**     **OFFICE OF THE SECRETARY**

Voice - (800) 368-1019
TDD - (800) 537-7697
FAX - (415) 437-8329
http://www.hhs.gov/ocr/

**Office for Civil Rights, Pacific Region**
**90 7th Street, Suite 4-100**
**San Francisco, CA 94103**

May 29, 2019

Mr. Dennis Dale Catchings
P.O. Box 4670
Lancaster, CA 93539

Re: OCR transaction number: 19-334456

Dear Mr. Catchings:

Thank you for your correspondence received on February 6, 2019, by the Department of Health and
Human Services' (HHS) Office for Civil Rights (OCR).

OCR enforces federal civil rights laws which prohibit discrimination in the delivery of health and
human services based on race, color, national origin, disability, age, sex, religion, and the exercise of
conscience, and also enforces the Health Insurance Portability and Accountability Act (HIPAA) Privacy,
Security and Breach Notification Rules.

Upon review of your correspondence, we have determined that OCR does not have jurisdiction over the
allegations of your complaint. Your letter alleges that California Department of Corrections and
Rehabilitation (CDCR) continued to deny your request for a dermatologist to treat your medical
conditions. We see no connection to any actions taken regarding you and any alleged discriminatory act
prohibited by the regulations enforced by this office. For these reasons, we are closing this case and we
will take no further action.

As your complaint raised concerns about the quality of medical care you received, you may be able to
obtain an independent review of the quality of your medical care. If you are a Medicare beneficiary,
you may wish to contact your state's Quality Improvement Organization (QIO), Health Services
Advisory Group, regarding your medical care, and for information on filing a quality of care complaint.
Your QIO may be reached at **877.588.1123** or their website at: www.qualitynet.org.

If you are a Medicaid beneficiary, you may wish to contact the customer service number provided on the
back of your Medicaid Identification Card for guidance on quality of care grievances. Whether or not
you are a beneficiary of Medicare or Medicaid services, you may wish to contact the Medical Review
Board in your area for additional guidance about your health care concerns at their website at:
www.mbc.ca.gov/ or call their Central Complaint Unit at **800.633.2322**. Or you may contact the
Centers for Medicare & Medicaid Services at: www.cms.gov.

Thank you for bringing this matter to our attention and we regret that we are unable to assist you.

Sincerely,

Michael Leoz
Regional Manager

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Dennis Dale Catchings_, declare:

I am over 18 years of age and a party to this action. I am a resident of _High Desert State_ Prison,

in the county of _Lassen_,

State of California. My prison address is: _PO Box 3030_,

_____.

On _4/18/2021_,
(DATE)

I served the attached: _42 USC 1983 Civil Rights Complaint_
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

_US District Court Clerk of the Court_
_Eastern District of_
_California 501 I Street 4 200_
_Sacramento, Ca 95814_

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _4/18/2021_ _Dennis D Catchings_
(DATE) (DECLARANT'S SIGNATURE)