UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS DALE CATCHINGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHERRI FLETCHER, et al.,<br><br>　　　　Defendants. | No.  2:21-cv-0879 DB<br><br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims that defendants failed to provide adequate medical treatment in violation of his Eighth Amendment rights.  Presently before the court is defendants' motion to opt out of the post-screening ADR (Alternative Dispute Resolution) project.  (ECF No. 19.)  Counsel for defendants states that a settlement conference would not be productive use of court resources at this time.  The court finds good cause to grant the motion to opt out.

////
////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 19) is granted;
2. The stay in this action is lifted; and
3. Defendants shall file a responsive pleading within thirty (30) days of the date of this order.

Dated:  March 8, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/S/catc0879.opt.out