UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS DALE CATCHINGS,<br><br>   Plaintiff,<br><br>   v.<br><br>SHERRI FLETCHER, et al.,<br><br>   Defendants. | No.  2:21-cv-0879 TLN DB<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims that defendants failed to provide adequate medical treatment in violation of his Eighth Amendment rights.

On March 10, 2022, defendants filed a motion to revoke plaintiff's in forma pauperis status.  (ECF No. 21.)  Plaintiff has not filed an opposition or statement of non-opposition. Accordingly, plaintiff will be directed to file an opposition or statement of non-opposition or face dismissal of this action.

////

////

////

////

////

1

1     IT IS HEREBY ORDERED that plaintiff shall file an opposition or statement of non-
2 opposition to defendants' motion (ECF No. 21) within thirty days.  Plaintiff is advised that failure
3 to comply with this order will result in a recommendation that this action be dismissed for failure
4 to comply with court orders and failure to prosecute.
5 Dated:  May 8, 2022

                                                        _____
                                                        DEBORAH BARNES
                                                        UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/catc0879.osc.mtnrevoke